**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ, | Case No. 1:25-cv-01379 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| DOE, *et al.*, | |
| Defendants. | (Doc. 7) |

Israel Maldonado Ramirez is a former county jail inmate proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Ramirez did not pay the filing fee at the time he initiated this case. Although directed to pay the fee or file an application to proceed *in forma pauperis*, Plaintiff failed to take either action. The magistrate judge found Plaintiff failed to obey the court's order and failed to prosecute the case. Doc. 7 at 1-3. The magistrate judge found dismissal was appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) and *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). *Id.* at 3-4. Thus, the magistrate judge recommended dismissal of the action. *Id.* at 4.

1

The court served the findings and recommendations on the plaintiff and notified him that any objections were due within 14 days.[1]  Doc. 7 at 4.  The Court advised him that failure to file objections within the specified time may result in the waiver of rights on appeal.  *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).)  He did not file objections, and the time to do so has expired.  Plaintiff also has not paid the filing fee or submitted an application to proceed without payment.

Pursuant to 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of this case.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the court **ORDERS**:

1. The findings and recommendations dated December 3, 2025 (Doc. 7), are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 7, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court re-served the findings and recommendations on December 16, 2025, following a notice of change of address.

2